# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **V** | § | **CRIMINAL NO. B-26-501-MJ** |
| **CYNTHIA DOMINIQUE GONZALEZ** | § | |
| **SO #: 295498** | | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Acting United States Attorney, John G.E. Marck, in and for the Southern District of Texas, and shows to the Court that **CYNTHIA DOMINIQUE GONZALEZ**, is a defendant in the above-captioned case which currently is scheduled for Initial Appearance in the United States District Court for the Southern District of Texas in Brownsville, Texas on April 21, 2026. **CYNTHIA DOMINIQUE GONZALEZ** currently is a prisoner of the State of Texas confined at the Carrizales-Rucker Cameron County Detention Center in Olmito, Texas.

Petitioner further represents that the Sheriff in charge of the Carrizales-Rucker Cameron County Detention Center in Olmito, Texas will release said prisoner to the custody of the United States Marshal for the Southern District of Texas or his duly authorized representative upon this writ with the agreement and understanding that after said prisoner, the defendant in the above-captioned case, has been duly discharged by the Court, will be returned by the said United States Marshal into the custody of the Carrizales-Rucker Cameron County Detention Center in Olmito, Texas, if said Sheriff so desires.

WHEREFORE, the United States prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum to the Sheriff in charge of the Carrizales-Rucker Cameron County Detention Center in Olmito, Texas commanding said Sheriff to surrender said prisoner into the custody of the United States Marshal for the Southern District of Texas or his duly authorized representative in sufficient time for said prisoner to appear in the United States District Court for the Southern District of Texas in Brownsville, Texas on <u>April 21, 2026</u> for <u>Initial Appearance</u>.

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY


<u>*s/ Ana C. Cano*</u>
Ana C. Cano
Assistant United States Attorney
State Bar No. 24031966
Fed. Bar No. 582023
600 E. Harrison, Suite 201
Brownsville, Texas 78520
Tel. (956) 548-2554

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V | § | CRIMINAL NO. B-26-501-MJ |
| CYNTHIA DOMINIQUE GONZALEZ<br>SO #: 295498 | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     Sheriff, Cameron Detention Center
        Olmito, Texas

TO:     United States Marshal for the Southern District of Texas or his duly authorized
        representative

GREETINGS:

We command that you have **CYNTHIA DOMINIQUE GONZALEZ**, who currently is a prisoner of the State of Texas confined at the Carrizales-Rucker Cameron County Detention Center in Olmito, Texas, under safe and secure conduct for Initial Appearance at the United States District Court for the Southern District of Texas on April 21, 2026.  Said prisoner is a defendant in the above-captioned case now pending in said Court.  We further command that, immediately after said case has been disposed of completely and said prisoner has been duly discharged by the Court, you return him to the custody of the Sheriff in charge of the Carrizales-Rucker Cameron County Detention Center in Olmito, Texas, if said Sheriff so desires, under safe and secure conduct and have you then and there this Writ.

WITNESS the Honorable Judge of the United States District Court for the Southern District of Texas, and the seal of said Court at Brownsville, Texas, on this _____ day of April, 2026.

NATHAN OCHSNER, Clerk
United States District Court
Southern District of Texas

_____
DEPUTY