# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
*April 20, 2026*

Nathan Ochsner, Clerk of Court

**1:26-MJ-501**

**THE STATE OF TEXAS**

**COUNTY OF CAMERON**

**BEFORE ME,** the undersigned authority, on this day personally appeared to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a HSI **Special Agent** stationed at **Harlingen, Texas**;

I investigated the case of the United States of America versus:

**Fernando RIVERA Rojas** (DOB:██/1986; Mexican Citizen)

**Cynthia Dominique GONZALEZ** (DOB██/2006; United States Citizen)

and from my investigation it appears that:

**Diana Elizabet RODRIGUEZ-Garcia** (DOB: ██/1998, Cuban Citizen;Material Witness #3) citizen(s) and national(s) of Cuba, was(were) smuggled into the United States as specified in the complaint. The subject(s) is(are) a material witness in said case and it may be impractical to secure their presence by subpoena and for that reason he(she)(they) should be held as material witness(es).

FURTHER AFFIANT SAYETH NOT.

*Jose Soria*
_____
**JOSE SORIA**
**Special Agent, HSI**

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:   __20__ th day of  **April, 2026**

*Karen Betancourt*
_____
**Karen Betancourt**
**U.S. MAGISTRATE JUDGE**