UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

APR 28 2026

NATHAN OCHSNER
CLERK OF COURT

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs** | § | **CRIMINAL NO. B-26-505** |
| **CYNTHIA DOMINIQUE GONZALEZ
FERNANDO RIVERA-ROJAS** | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about April 12, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**CYNTHIA DOMINIQUE GONZALEZ
AND
FERNANDO RIVERA-ROJAS,**

did knowingly and willfully conspire with persons known and unknown to the Grand Jurors to violate Title 8, United States Code, Sections 1324(a)(1)(A)(ii), that is, the object of their conspiracy and agreement was to: to transport and move, by means of a motor vehicle, aliens who had come to, entered, and remained in the United States, in violation of law in furtherance of said aliens' illegal presence in the United States and further, resulting in the death of another person.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(iv).

### COUNT 2

On or about April 12, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**CYNTHIA DOMINIQUE GONZALEZ
AND
FERNANDO RIVERA-ROJAS,**

knowing in reckless disregard of the fact that Javier Acosta-Hernandez was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move, and attempt to transport and move such alien within the United States, from near Brownsville, Texas, to near Brownsville, Texas, by means of a motor vehicle, in furtherance of such violation of law, and further, resulting in the death of said alien.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(iv).

## COUNT 3

On or about April 12, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**CYNTHIA DOMINIQUE GONZALEZ
AND
FERNANDO RIVERA-ROJAS,**

knowing in reckless disregard of the fact that Fabian Chavez-Moreno was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move, and attempt to transport and move such alien within the United States, from near Brownsville, Texas, to near Brownsville, Texas, by means of a motor vehicle, in furtherance of such violation of law for commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 4

On or about April 12, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**CYNTHIA DOMINIQUE GONZALEZ
AND
FERNANDO RIVERA-ROJAS,**

knowing in reckless disregard of the fact that Deyby Xavier Pena-Revilla was an alien

2

who had come to, entered, and remained in the United States in violation of law, did transport and move, and attempt to transport and move such alien within the United States, from near Brownsville, Texas, to near Brownsville, Texas, by means of a motor vehicle, in furtherance of such violation of law for commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 5

On or about April 12, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**CYNTHIA DOMINIQUE GONZALEZ
AND
FERNANDO RIVERA-ROJAS,**

knowing in reckless disregard of the fact that Diana Elizabet Rodriguez-Garcia was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move, and attempt to transport and move such alien within the United States, from near Brownsville, Texas, to near Brownsville, Texas, by means of a motor vehicle, in furtherance of such violation of law for commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

_____ for
ANA C. CANO
ASSISTANT UNITED STATES ATTORNEY

2