

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

*U.S. Courthouse*
*Phone: (956)548-2554*
*Fax (956) 548-2711*
*600 E. Harrison, Suite 201*
*Brownsville, TX 78520*

The Honorable Ignacio Torteya, III.
United States Magistrate Judge
Brownsville, Texas

Witness released on June __3__, 2026

*Karen Betancourt*

UNITED STATES MAGISTRATE JUDGE

***In re:   Witness in the case of U.S. vs. CYNTHIA DOMINIQUE GONZALEZ ET AL.***

Criminal No**.   B-26-505**

Dear Judge Torteya,

Please release the following witness from the material-witness affidavit. She should be turned over to the Immigration Service for whatever action they deem appropriate.

**Diana Elizabet Rodriguez-Garcia**

Very truly yours,

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

***s/ Ana C. Cano***
ANA C. CANO
Assistant United States Attorney

cc:   U.S. Marshal, Brownsville, Texas
Ismael Hinojosa/ Attorney